IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-2459-KLM

JYMMETTA REEVES,

      Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY D/B/A GREAT-WEST FINANCIAL

      Defendant.

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

1

| | |
|---|---|
| *s/ Dale Gaar* | *s/ John Husband* |
| Dale Gaar | John Husband |
| 1600 Stout Street | Bradford John Williams |
| #1000 | Holland & Hart, LLP |
| Denver, CO 80202 | 555 17th Street |
| Telephone: 303.446.9300 | Suite 3200 |
| Fax: 303.446.9400 | Denver, CO 80202 |
| Email: gaar@qwest.net | Telephone: 303.295.8000 |
| | Fax: (303) 223-3271 |
| | Email: JHusband@hollandhart.com |
| | BJWilliams@hollandhart.com |
| Attorney for Plaintiff | Attorneys for Defendant |
| Jymmetta Reeves | Great-West |

**SO ORDERED**

Dated: 3/2/16

_____
Hon. Kristen L. Mix
United States Magistrate Judge